IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERMAINE LEWIS,

        Appellant,

                                   Case No.  5D22-1054
v.                                   LT Case No. 05-1996-CF-0290551-C

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed July 26, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Jermaine Lewis, Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Kaylee D. Tatman, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED. *See Harris v. State*, 726 So. 2d 355, 355 (Fla. 5th DCA

1999).

LAMBERT, C.J., COHEN and TRAVER, JJ., concur.